# EXHIBIT B

1  I, Melanie Arenas, am defendant Gilbert Arenas's wife. I am also the surety
2  who guaranteed the bond of defendant Gilbert Arenas in the above-captioned action
3  and executed the Affidavit of Surety in this matter on July 30, 2025. I agreed to act
4  as surety and execute the Affidavit of Surety as a condition my husband's supervised
5  release. I consent to the proposed modification of the conditions of Mr. Arenas's
6  supervised release set forth in the Proposed Order attached as Exhibit A, and to any
7  modifications to those terms and conditions that the Court may order.

9  DATED: September 11, 2025        MELANIE ARENAS

                                    _/s/ Melanie Arenas_____
                                    Melanie Arenas

- 2 -
**SURETY'S CONSENT TO MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE**

817416.1

# EXHIBIT A

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT ARENAS,<br><br>Defendant. | CASE NO. 2:25-CR-00595-MCS-JC<br><br>Assigned to: Hon. Mark C. Scarsi,<br>Courtroom: 7C<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING MODIFYING CONDITIONS OF SUPERVISED RELEASE**<br><br>Trial: September 23, 2025 |

On September 11, 2025, Plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Samuel J. Diaz, and Defendant Gilbert Arenas, by and through his counsel of record, Jerome H. Friedberg (collectively, the "Parties"), filed their ***Stipulation Modifying Conditions of Supervised Release*** ("Stipulation").

The Court, having considered the Parties Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and **ORDERS** as follows:

1. The terms of Arenas' Supervised Release are hereby modified to permit Arenas and Ms. Jones to be in contact with each other and eliminate any restriction to the contrary;
2. Defendant Arenas is not permitted to engage in any communications with Ms. Jones which would constitute the obstruction of justice.

**IT IS SO ORDERED.**

DATED: September ___, 2025

                                        HON. JACQUELINE CHOOLJIAN
                                        United States Magistrate Judge